UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAYONA CRENSHAW, on behalf of minor A.F.,<br><br>Petitioner,<br><br>v.<br><br>MARQUISE FLUKER, et al.,<br><br>Respondents. | CASE NO. 3:26-cv-05542-JNW-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: **September 18, 2026** |

This federal habeas action filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge David W. Christel. Petitioner Kayona Crenshaw proceeds in this action *pro se* and on behalf of her minor child. *See* Dkt. 2. On June 18, 2026, mail sent by the Court to Petitioner at the address on file was returned as undeliverable. Dkt. 5. Under Local Civil Rule 41(b)(2), a party proceeding *pro se* must keep the Court and opposing parties advised of their current address. If mail directed to a *pro se* litigant is returned by the Postal Service and the party fails to notify the Court and opposing parties of a current address within sixty days thereafter, the Court may dismiss the action without prejudice for failure to prosecute.

More than sixty days have passed since the Court's mail to Petitioner was returned as undeliverable, and Petitioner has not provided the Court with an updated address. Accordingly, the undersigned recommends that this action be dismissed without prejudice for failure to prosecute pursuant to LCR 41(b)(2).

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 18, 2026**.

Dated this 28th day of August, 2026.

David W. Christel
United States Magistrate Judge