UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAYONA CRENSHAW, on behalf of minor A.F.,<br><br>Petitioner<br><br>v.<br><br>MARQUISE FLUKER, et al.,<br><br>Respondents. | CASE NO. 3:26-cv-05542-JNW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is dismissed without prejudice for failure to prosecute in accordance with Local Civil Rule 41(b).

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

Dated this 21st day of September, 2026.

Jamal N. Whitehead
United States District Judge